UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-01342

**Janetta Williams,**
*Plaintiff,*
v.
**Commissioner of the Social Security Administration,**
*Defendant.*

# ORDER

Before the court is plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"). Doc. 19. The motion was referred to a magistrate judge. Doc. 20. The magistrate judge issued a report recommending that plaintiff's motion be granted and that the Commissioner be ordered to pay plaintiff the sum of $6,050.55 in reasonable attorney fees under the EAJA. Doc. 21. Neither party has filed objections to the report and recommendation and the timeframe for doing so has passed.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's motion (Doc. 19) is granted and the Commissioner shall pay to plaintiff the sum of $6,050.55 by making the payment payable to plaintiff and sending the payment to plaintiff's counsel.

*So ordered by the court on November 18, 2026.*

J. CAMPBELL BARKER
United States District Judge